I HEREBY CERTIFY THAT THIS DOCUMENT WAS SERVED BY FIRST CLASS MAIL, POSTAGE PREPAID, TO ALL COUNSEL (OR PARTIES) AT THEIR RESPECTIVE MOST RECENT ADDRESS OF RECORD IN THIS ACTION ON THIS DATE.

DATED: 2-4-14

DEPUTY CLERK

FILED
CLERK, U.S.D.C. SOUTHERN DIVISION
FEB - 4 2014
CENTRAL DISTRICT OF CALIFORNIA
BY           DEPUTY

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
FEB - 4 2014
CENTRAL DISTRICT OF CALIFORNIA
BY           DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCISCO TADEO CISNEROS, | Case No. CV 13-4595-AG (RNB) |
| Petitioner, | **JUDGMENT** |
| vs. | |
| TIMOTHY S. ROBBINS, | |
| Respondent. | |

In accordance with the Order of Dismissal filed herein,

IT IS HEREBY ADJUDGED that the Petition is dismissed for mootness.

DATED: JAN 31, 2014

ANDREW J. GUILFORD
UNITED STATES DISTRICT JUDGE